# Third District Court of Appeal

## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2463
Lower Tribunal No. 18-3492
_____

**Erik Tyler Barnard,**
Appellant,

vs.

**Katrina Ann Barnard,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ivonne Cuesta and Marcia Del Rey, Judges.

Sandy T. Fox, P.A., and Sandy T. Fox, for appellant.

No Appearance, for appellee.

Before EMAS, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.